# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRON MCVAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGUEZ, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-1059 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 16) |

Darron McVay is a former state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The Court screened the complaint pursuant to 28 U.S.C. § 1915A and found he failed to state a cognizable claim. (Doc. 9.) The Court provided the applicable legal standards and granted Plaintiff the opportunity to file an amended complaint. (*Id.* at 3-6.) After Plaintiff filed an unsigned amended complaint, the Court struck the pleading and directed him to file a signed complaint in compliance with Fed. R. Civ. P. 11(a) and Local Rule 131(b). (Doc. 14.) Plaintiff failed to respond to the Court's order or file a signed complaint.

The magistrate judge found Plaintiff failed to prosecute this action and failed to obey the Court's order. (Doc. 16 at 1-2.) The magistrate judge found terminating sanctions are appropriate after considering the factors identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986). (*Id.* at 2-3.) Therefore, the magistrate judge recommended the Court dismiss the action without prejudice. (*Id.* at 3.)

1   The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 30 days. (Doc. 16 at 4.) The Court advised Plaintiff that "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 26, 2025 (Doc. 16) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **July 21, 2025**

UNITED STATES DISTRICT JUDGE

2